DORR, Respondent, v. NEWMAN, Appellant. (Supreme Court, Appellate Division, First Department. November 16, 1906.) Action by Mary B. Dorr against Randolph M. Newman, impleaded. B. Reuss, for appellant. C. L. Burr for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DORR v. NEWMAN. (Supreme Court, Appellate Division, First Department. November 16, 1906.) Action by Mary B. Dorr against Lisette Newman, impleaded. No opinion. Motion granted, with $10 costs. Order filed.

DOTY v. DUCKWORTH et al. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Madeline Z. Doty against Anna C. Duckworth and others. No opinion. Order affirmed, with $10 costs and disbursements.

DOWNS, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by William L. Downs against the Metropolitan Street Railway Company. W. R. Hill, for appellant. B. H. Ames, for respondent. No opinion. Order affirmed, with costs. Order filed.

DOYLE, Respondent, v. CARNEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 21, 1906.) Action by Martin J. Doyle, individually, etc., against Patrick H. Carney, executor, etc.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and NASH, JJ., dissent, upon the ground that the court had no power to grant the amendment bringing in a new party to the action, and upon the further ground that, having brought in such party, the court had no right to make the certificate which granted costs against the defendant executor, for the reason that as to the new party no claim was ever presented or rejected, and could not therefore have been unreasonably resisted.

DREEBEN, Respondent, v. RANKIN, Appellant. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Hyman Dreeben against William Rankin. I. Moss, for appellant. J. Manheim, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

DUDLEY v. ARMENIA INS. CO. OF PITTSBURGH, PA. (two cases). (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by John L. Dudley, Jr., against the Armenia Insurance Company of Pittsburgh, Pa. No opinion. Motion denied, with $10 costs. Order filed.

DUDLEY v. ARMENIA INS. CO. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by John L. Dudley against the Armenia Insurance Company. No opinion. Motion denied, with $10 costs. Order filed.

DUFFEY, Appellant, v. SULLIVAN, Respondent. (Supreme Court, Appellate Division First Department. December 7, 1906.) Action by Author F. Duffey against James E. Sullivan, as treasurer. C. P. Rogers, for appellant. B. S. Weeks, for respondent. No opinion. Appeal from decision dismissed, with $10 costs. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs in this court and in the court below. Order filed.

DUKE v. STUART et al. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Nellie Duke against Inglis Stuart and others. No opinion. Motion granted. Settle order on notice.

DULFER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Theodore Dulfer against the Brooklyn Heights Railroad Company. No opinion. Appeal dismissed, without costs.

DURANT, Respondent, v. VILLAGE OF SOLVAY, Appellant. (Supreme Court, Appellate Division, Fourth Department, December 28, 1906.) Action by J. Durant, as, etc., against the village of Solvay. No opinion. Judgment and order affirmed, with costs.

DURKEE, Respondent, v. RETSOF MINING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 5, 1906.) Action by Mary Y. Durkee against the Retsof Mining Company.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, J., dissents.

E. C. ATKINS & CO. v. POLLARD et al. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by E. C. Atkins & Co. against Abner W. Pollard and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re E. C. BELL MFG. CO. (Supreme Court, Appellate Division First Department. November 5, 1906.) In the matter of the E. C. Bell Manufacturing Company. No opinion. Motion denied, with $10 costs. Order filed.

ECKSTEIN, Appellant, v. O'MEARA et al., Respondents. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by William G. Eckstein against Elizabeth O'Meara and others. M. S. Hyman, for appellant. C. J. Hardy, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

EDMONDS, Respondent, v. STERN et al., Appellants. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Shepard N. Edmonds against Joseph W. Stern and another. D. M. Neuberger, for

appellants. L. J. Vorhaus, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

In re EDWARDS. (Supreme Court, Apellate Division, Third Department. November 14, 1906.) In the matter of Esther Edwards, an incompetent person. Benjamin W. Knower, as special guardian of said incompetent, appellant. Albert P. Stevens, as committee of said incompetent, respondent.

PER CURIAM. Judgment unanimously affirmed, without costs. See 97 N. Y. Supp. 185.

COCHRANE, J., not sitting.

---

EGGERS, Appellant, v. METROPOLITAN LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 21, 1906.) Action by George W. Eggers against the Metropolitan Life Insurance Company. A. W. Otis, for appellant. C. N. Bovee, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

EHRENHOUSER v. ROSENTHAL. (Supreme Court, Appellate Division, First Department. November 16, 1906.) Action by Leah Ehrenhouser against Marcus Rosenthal. No opinion. Motion granted, with $10 costs. Order filed.

---

EIGHTH WARD BANK OF BROOKLYN, Respondent, v. McLOUGHLIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 21, 1906.) Action by the Eighth Ward Bank of Brooklyn against James McLoughlin and Charles F. McLoughlin, as executors of the last will and testament of John McLoughlin, deceased. No opinion. Motion for reargument denied.

---

ELLWOOD v. MILLANG et al. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Athenaise D. Ellwood against Charles Millang and another. No opinion. Motion denied upon conditions stated in order. Order filed.

---

ENGEL, Respondent, v. HOWELL, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Johanna Engel, formerly Johanna Mayer, against Eugene B. Howell, as receiver, etc. No opinion. Judgment and order affirmed, with costs.

---

EPSTEIN, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Henry Epstein against the New York City Railway Company. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the trial court erroneously instructed the jury that upon the facts as claimed by the plaintiff there was a presumption that the defendant was guilty of negligence, which it was called upon to rebut or overcome.

---

ESSEWEIN, Respondent, v. UNION RY. CO. OF NEW YORK., Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Louis Essewein against the Union Railway Company of New York. E. D. O'Brien, for appellant. J. S. L'Amoreaux, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, etc., to $3,650.48; in which event, judgment as modified and order affirmed, without costs. Settle order on notice.

---

ESTABROOK v. SOMMERVILLE. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by William B. Estabrook against William B. Sommerville. No opinion. Order affirmed, with $10 costs and disbursements.

---

ESTEE v. ADLER et al. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Tully C. Estee against Moses A. Adler and others. No opinion. Motion to dismiss appeal denied on appeal, on payment of $10 costs. Order filed.

---

In re FABER. (Supreme Court, Appellate Division, First Department. November 16, 1906.) In the matter of Henry E. Faber. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

FARMER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 28, 1906.) Action by Florence Farmer, as, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide the event. Held that, upon the evidence, the plaintiff, as matter of law, failed to show freedom from contributory negligence.

SPRING and KRAUSE, JJ., dissent.

---

FARRELL, Appellant, v. BAKER, Respondent. SAME, Appellant, v. HACKETT, Respondent. (Supreme Court, Appellate Division, Second Department. October 30, 1906.) Actions by Edward A. Farrell against Robert Baker and Charles A. Hackett.

PER CURIAM. The determination of these appeals must abide the event of the appeal being heard today by the Court of Appeals. If the decision in the First Department is affirmed, these orders must be reversed. If that decision is reversed, these orders must be affirmed. If the Court of Appeals declines to determine the controversy on the merits, leaving the decision in the First Department undisturbed, this court will, as matter of uniformity, follow the decision of this court in its First Department. No costs. Settle order before the presiding justice. See 100 N. Y. Supp. 754.